EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: José S. Dapena Thompson | 2020 TSPR 77 204 DPR _____ |
|---|---|

Número del Caso: TS-2,755

Fecha: 3 de agosto de 2020

Abogados de la parte peticionaria:

Por Derecho Propio

Programa de Educación Jurídica Continua:

Lcda. María Cecilia Molinelli González

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José S. Dapena Thompson                    TS-2,755

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de agosto de 2020.

Examinada la *Solicitud de readmisión a la práctica de la abogacía al amparo de la Regla 14 S*, se reinstala al Sr. José S. Dapena Thompson al ejercicio de la abogacía.

En cuanto a la *Réplica a Resolución*, el Tribunal se da por enterado.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron. El Juez Asociado señor Feliberti Cintrón no interviene.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo